Certificate Number: 15725-GAM-CC-040876624

15725-GAM-CC-040876624

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 20, 2026, at 10:32 o'clock AM EDT, Allison Burkett received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Middle District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: April 20, 2026

By: /s/Miguel Oswaldo Gonzalaz Garcia

Name: Miguel Oswaldo Gonzalaz Garcia

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).