**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 26-51110-RMM** |
| **ALLISON BELINDA BURKETT,** | ) | |
| | ) | **Chapter 11** |
| **Debtor** | ) | **Subchapter V** |
| | ) | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Jenny Martin Walker
Subchapter V Trustee
P.O. Box 1956
Macon, GA 31202-1956
Phone: (478) 200-6184
Email: Trustee.jmw@adamshemingway.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: July 2, 2026.

Respectfully submitted,

GUY A. VAN BAALEN
Acting United States Trustee for Region 21

By: /s/Matthew E. Mills
Matthew E. Mills
Acting Assistant United States Trustee
GA Bar No. 509718

Office of the United States Trustee
440 Martin Luther King Jr. Blvd., Suite 302
Macon, GA 31201 (478) 752-3544
matthew.e.mills@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | CHAPTER 11 – SUBCHAPTER V |
| | : | |
| | : | CASE NO. 26-51110 RMM |
| Debtor | : | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as the Subchapter V Trustee in this proceeding, I hereby verify that I am a disinterested person as defined by 11 U.S.C. §101(14), in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $395.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

Dated: July 2, 2026.

/s/ Jenny Martin Walker

Jenny Martin Walker
Adams, Hemingway, Wilson & Rutledge, LLC
P.O. Box 1956
544 Mulberry Street, Ste. 1000
Macon, GA 31202-1956
TEL: (478) 200-6184
Trustee.jmw@adamshemingway.com