**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **CHAPTER 11 BANKRUPTCY** |
| **ALLISON BELINDA BURKETT** | : | **CASE NO. 26-51110-RMM** |
| | : | |
| **Debtor.** | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR ALL NOTICES UNDER RULE 2002**

Pursuant to Bankruptcy Rule 9010(b), DAVID A. GARLAND of the law firm of Moore, Clarke, DuVall & Rodgers, P.C., whose office address and telephone number appear below, hereby authorizes you to enter an appearance on his behalf, as attorney for Ameris Bank, through its division Balboa Capital Corporation, a creditor in the above-styled and numbered proceedings, and to do all that is necessary in connection therewith.

Further, pursuant to Bankruptcy Rule 2002, Ameris Bank, through its division Balboa Capital Corporation, requests that it be served with all notices required by Bankruptcy Rule 2002 and that all such notices be served upon it through its undersigned attorney, addressed as follows:

DAVID A. GARLAND
MOORE, CLARKE, DuVALL & RODGERS, P.C.
2829 Old Dawson Road (31707)
Post Office Drawer 71727
Albany, Georgia 31708-1727
Email: dgarland@mcdr-law.com

RESPECTFULLY SUBMITTED, this the 2nd day of July, 2026.

**MOORE, CLARKE, DuVALL & RODGERS, P.C.**

*/s/ David A. Garland*
**DAVID A. GARLAND**
Georgia State Bar No.: 005680
*Attorneys for Ameris Bank, through its division Balboa Capital Corporation*
2829 Old Dawson Road (31707)
Post Office Drawer 71727
Albany, Georgia 31708-1727
Telephone: 229-888-3338
Facsimile: 229-888-1191
Email: dgarland@mcdr-law.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **CHAPTER 11 BANKRUPTCY** |
| **ALLISON BELINDA BURKETT** | : | **CASE NO. 26-51110-RMM** |
| | : | |
| **Debtor.** | : | |

---

**CERTIFICATE OF SERVICE**

---

I HEREBY CERTIFY that the following parties have been served a copy of the foregoing *Notice of Appearance and Request for All Notices Under Rule 2002* by electronic service through CM/ECF and/or by depositing a copy in the United States Mail with sufficient postage affixed thereon to assure delivery, to the persons or entities as shown on the attached Exhibit "A".

This the 2nd day of July, 2026

**MOORE, CLARKE, DuVALL & RODGERS, P.C.**

By: */s/ David A. Garland*
**DAVID A. GARLAND**
Georgia State Bar No.: 005680
*Attorneys for Ameris Bank, through its division Balboa Capital Corporation*

**EXHIBIT "A"**

Allison Belinda Burkett
207 Twisted Laurel Lane
Bonaire, Georgia 31005
*Debtor*

David L. Bury, Jr.
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
*Attorneys for Debtor*

U.S. Trustee - MAC
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, Georgia 31201
*U.S. Trustee*

Jenny Martin Walker – Ch 11 Sub V
Adams, Hemingway, Wilson & Rutledge, LLC
P.O. Box 1956
Macon, Georgia 31202
*Chapter 11 Sub V Trustee*

Matthew E. Mills
DOJ-Ust
33 Bull Street, Suite 400
Savannah, Georgia 31410
*Attorneys for U.S. Trustee*

Advanced Wound Care LLC
a/k/a WoundGenex
550 W Baseline Rd. - Ste. 102-416
Mesa AZ 85210-6031

American Express
P.O. Box 297871
Fort Lauderdale FL 33329

American Vascular Associates
3001 Palm Harbor Blvd - Ste. A
Palm Harbor FL 34683

BMW Bank of North America
P.O. Box 78066
Phoenix AZ 85062-8066

Capital One Bank (USA), N.A.
P.O. Box 39213
Salt Lake City UT 84131

City of Warner Robins
P.O. Box 8659
Warner Robins GA 31095-8659

Cox Communications, Inc
P.O. Box 919367
Dallas TX 75391-9367

Discover
P.O. Box 30939
Salt Lake City UT 84130

Flint Electric Membership Corporation
P.O. Box 7089
Warner Robins GA 31095

Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century BLVD NE, Suite 9100
Atlanta GA 30345

Grand Vacations/HGV
5323 Millenia Lakes Blvd.
Orlando FL 32839

Houston County Tax Commissioner
c/o Hon. Mark Kushinka, Tax Commissioner
202 Carl Vinson Parkway
Warner Robins GA 31088

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Middle GA Vascular Surgery
Center L.L.C.
1025 N. Houston Road
Warner Robins GA 31093

MMP Capital Account Services
19 Engineers Lane
Farmingdale NY 11735

NewLane Finance Company
123 S. Broad St. - 17th Floor
Philadelphia PA 19109

North Mill Equipment Finance LLC
601 Merrit 7 - Ste. 5
Norwalk CT 06851

Philips Healthcare
P.O. Box 100355
Atlanta GA 30384-0355

Philips Medical Capital, LLC
1111 Old Eagle School Road
Wayne PA 19087

Reliant Capital Group
6 Executive Circle - Ste. 250
Irvine CA 92614

Robins Financial Credit Union
803 Watson Blvd.
Warner Robins GA 31093

Stearns Bank N.A.
P.O. Box 750
Albany MN 56307-0750

Truist Financial Corporation
P.O. Box 580050
Charlotte NC 28258-0050

Truist Financial Corporation
P.O. Box 791622
Baltimore MD 21279-1622

Victoria Mutual Building Society
Chief Office
8-10 Duke St.
Kingston, Jamaica, W.I.