**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Allison Belinda Burkett** | Social Security number or ITIN  **xxx–xx–1398** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Georgia** | | Date case filed for chapter  **11**   **7/1/26** |
| Case number:  **26–51110–RMM** | | |

## Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)
## Notice of Chapter 11 Bankruptcy Case

12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Allison Belinda Burkett | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 207 Twisted Laurel Lane Bonaire, GA 31005 | |
| 4. | **Debtor's attorney** Name and address | David L. Bury Jr. Stone & Baxter, LLP 577 Third Street Macon, GA 31201 | Contact phone  478–750–9898 Email  dbury@stoneandbaxter.com |
| 5. | **Bankruptcy trustee** Name and address | Jenny Martin Walker – Ch 11 SubV Adams, Hemingway, Wilson & Rutledge, LLC P.O. Box 1956 Macon, GA 31202 | Contact phone 478–200–6184 Email:  Trustee.JMW@adamshemingway.com |

**For more information, see page 2 >**

Debtor   **Allison Belinda Burkett**                                          Case number **26–51110–RMM**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 433 Cherry Street P.O. Box 1957 Macon, GA 31202 | Hours open: 8:30 AM – 5:00 PM<br><br>Contact phone  (478) 752–3506<br><br>Date: 7/2/26 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 30, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Meeting will be telephonic. To attend, Dial: 1–888–330–1716 and enter: 6696967, when prompted for participation code.** |

| 8. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), **the deadline is:** _____ **.** |
|---|---|---|

**Deadline for filing proof of claim:**

**For all creditors (except a governmental unit):** 9/9/26

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as *disputed*, *contingent*, or *unliquidated*;
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
|---|---|

| 9. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |

**For more information, see page 3 >**

Debtor  **Allison Belinda Burkett**                                        Case number **26–51110–RMM**

| | | |
|---|---|---|
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

United States Bankruptcy Court

Middle District of Georgia

In re:                                                                          Case No. 26-51110-RMM

Allison Belinda Burkett                                                         Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-5                          User: auto                          Page 1 of 2

Date Rcvd: Jul 02, 2026                       Form ID: 309E2                       Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allison Belinda Burkett, 207 Twisted Laurel Lane, Bonaire, GA 31005-4233 |
| aty | + | Stephan Alan Ray, Moore, Clarke, DuVall and Rodgers, PC, 2829 Old Dawson Rd., Albany, GA 31707-1402 |
| tr | + | Jenny Martin Walker - Ch 11 SubV, Adams, Hemingway, Wilson & Rutledge, LLC, P.O. Box 1956, Macon, GA 31202-1956 |
| 13081448 | | Advanced Wound Care LLC, a/k/a WoundGenex, 550 W Baseline Rd. - Ste. 102-416, aka WoundGenex), Mesa AZ 85210-6031 |
| 13081450 | + | American Vascular Associates, 3001 Palm Harbor Blvd - Ste. A, Palm Harbor FL 34683-1930 |
| 13081451 | + | Ameris Bank, 575 Anton Blvd. FL 12, Costa Mesa CA 92626-7169 |
| 13081521 | + | Ameris Bank, through its division Balboa Capital C, In Care of (c/o) Stephan A. Ray, Moore, Clarke, DuVall & Rodgers P.C., 2829 Old Dawson Road, Suite 100, Albany, Georgia 31707-1403 |
| 13081452 | | Balboa Capital Corporation, P.O. Box 844803, Los Angeles CA 90084-4803 |
| 13081454 | | Capital One Bank (USA), N.A., P.O. Box 39213, Salt Lake City UT 84131 |
| 13081455 | | City of Warner Robins, P.O. Box 8659, Warner Robins GA 31095-8659 |
| 13081456 | | Cox Communications, Inc, P.O. Box 919367, Dallas TX 75391-9367 |
| 13081458 | + | Flint Electric Membership Corporation, P.O. Box 7089, Warner Robins GA 31095-7089 |
| 13081460 | + | Grand Vacations/HGV, 5323 Millenia Lakes Blvd., Orlando FL 32839-3392 |
| 13081461 | + | Houston County Tax Commissioner, c/o Hon. Mark Kushinka, Tax Commissioner, 202 Carl Vinson Parkway, Warner Robins GA 31088-5897 |
| 13081464 | + | MMP Capital Account Services, 19 Engineers Lane, Farmingdale NY 11735-1207 |
| 13081463 | + | Middle GA Vascular Surgery Center L.L.C., 1025 N. Houston Road, Warner Robins GA 31093-1505 |
| 13081467 | | Philips Healthcare, P.O. Box 100355, Atlanta GA 30384-0355 |
| 13081469 | #+ | Reliant Capital Group, 6 Executive Circle - Ste. 250, Irvine CA 92614-6732 |
| 13081474 | | Victoria Mutual Building Society, Chief Office, 8-10 Duke St., Kingston, Jamaica, W.I. |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dbury@stoneandbaxter.com | Jul 02 2026 17:40:37 | David L. Bury, Jr., Stone & Baxter, LLP, 577 Third Street, Macon, GA 31201 |
| 13081449 | + | Email/PDF: bncnotices@becket-lee.com | Jul 02 2026 17:42:42 | American Express, P.O. Box 297871, Fort Lauderdale FL 33329-7871 |
| 13081453 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 02 2026 17:42:43 | BMW Bank of North America, P.O. Box 78066, Phoenix AZ 85062-8066 |
| 13081457 | + | Email/Text: mrdiscen@discover.com | Jul 02 2026 17:40:00 | Discover, P.O. Box 30939, Salt Lake City UT 84130-0939 |
| 13081459 | | Email/Text: brnotices@dor.ga.gov | Jul 02 2026 17:41:00 | Georgia Department of Revenue, Compliance Division, ARCS - Bankruptcy, 1800 Century BLVD NE, Suite 9100, Atlanta GA 30345 |
| 13081462 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2026 17:41:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 13081465 | + | Email/Text: bankruptcy@newlanefinance.com | Jul 02 2026 17:41:00 | NewLane Finance Company, 123 S. Broad St. - 17th Floor, Philadelphia PA 19109-1032 |

District/off: 113G-5 | User: auto | Page 2 of 2

Date Rcvd: Jul 02, 2026 | Form ID: 309E2 | Total Noticed: 32

| 13081466 | + Email/Text: emiller@northmillef.com | Jul 02 2026 17:41:00 | North Mill Equipment Finance LLC, 601 Merrit 7 - Ste. 5, Norwalk CT 06851-1097 |
| 13081468 | + Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jul 02 2026 17:40:00 | Philips Medical Capital, LLC, 1111 Old Eagle School Road, Wayne PA 19087-1453 |
| 13081470 | Email/Text: bankruptcy@robinsfcu.org | Jul 02 2026 17:40:00 | Robins Financial Credit Union, 803 Watson Blvd., Warner Robins GA 31093 |
| 13081471 | Email/Text: Bankruptcy@stearnsbank.com | Jul 02 2026 17:40:00 | Stearns Bank N.A., P.O. Box 750, Albany MN 56307-0750 |
| 13081472 | Email/Text: bankruptcy@bbandt.com | Jul 02 2026 17:41:00 | Truist Financial Corporation, P.O. Box 580050, Charlotte NC 28258-0050 |
| 13081473 | Email/Text: bankruptcy@bbandt.com | Jul 02 2026 17:41:00 | Truist Financial Corporation, P.O. Box 791622, Baltimore MD 21279-1622 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| | * | Insolvency, IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:

| Name | Email Address |
| David L. Bury, Jr. | on behalf of Debtor Allison Belinda Burkett dbury@stoneandbaxter.com lchapman@stoneandbaxter.com;wporter@stoneandbaxter.com;tnorton@stoneandbaxter.com |
| Jenny Martin Walker - Ch 11 SubV | Trustee.JMW@adamshemingway.com  GA72@ecfcbis.com |
| Matthew E. Mills | on behalf of U.S. Trustee U.S. Trustee - MAC matthew.e.mills@usdoj.gov |
| Stephan Alan Ray | on behalf of Creditor Ameris Bank  through its division Balboa Capital Corporation sray@mcdr-law.com, tlansman@mcdr-law.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |

TOTAL: 5