**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 26-51110-RMM** |
| **ALLISON BELINDA BURKETT,** | ) | |
| | ) | **Chapter 11** |
| **Debtor** | ) | **Subchapter V** |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE**

    **PLEASE TAKE NOTICE** that the undersigned appears for the United States Trustee, Guy A. Van Baalen, a party in interest herein, pursuant to Bankruptcy Rules 2002 and 9010(b) and demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the address and telephone number set forth below:

        Robert G. Fenimore
        Trial Attorney
        Office of United States Trustee
        440 Martin Luther King Jr. Blvd.
        Suite 302
        Macon, GA 31201
        Telephone:    (478)752-3545
        Fax:         (478)752-3549
        Email:       robert.g.fenimore@usdoj.gov

Date: July 6, 2026.

        Respectfully submitted,

        GUY A. VAN BAALEN
        Acting United States Trustee, Region 21

| | |
|---|---|
| Office of the U.S. Trustee | By:/s/ Robert G. Fenimore |
| 440 Martin Luther King Jr. Blvd, Ste. 302 |     Robert G. Fenimore |
| Macon, GA   31201   (478) 752-3545 |     Trial Attorney |
| robert.g.fenimore@usdoj.gov |     GA Bar No. 205202 |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading titled **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE** either through the Court's electronic filing system or by placing a true and correct copy with the United States Postal Service with adequate postage affixed to assure first class delivery and addressed to:

Allison Belinda Burkett
207 Twisted Laurel Lane
Bonaire, GA 31005

David L. Bury, Jr.
Stone and Baxter
577 Third Street
Macon, GA 31201

Jenny Martin Walker
Subchapter V Trustee
Adams, Hemingway, Wilson & Rutledge, LLC
P.O. Box 1956
544 Mulberry Street, Ste. 1000
Macon, GA  31202-1956

This 6th day of July 2026.

| | |
|---|---|
| | /s/ Robert G. Fenimore |
| Office of the U.S. Trustee | Robert G. Fenimore |
| 440 Martin Luther King Jr. Blvd, Ste. 302 | Trial Attorney |
| Macon, GA   31201 | GA Bar No. 205202 |
| (478) 752-3545 | robert.g.fenimore@usdoj.gov |