UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:

CHAPTER 11
SUBCHAPTER V

Allison Belinda Burkett

DEBTOR(S)

CASE NO. 26−51110−RMM

**ORDER**

The above−referenced debtor(s) having filed a petition under Chapter 11 of the Bankruptcy Code, it is ORDERED:

The reports and summaries required by 11 U.S.C. § 704(a)(8) and Fed. R. Bankr. P. 2015(a)(3) shall be filed with the Court by the 20th day of every month and copies are to be served as required by 11 U.S.C. § 704(a)(8).

Dated: 7/7/26

/s/ Robert M Matson
United States Bankruptcy Judge