UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:

CHAPTER 11
SUBCHAPTER V

Allison Belinda Burkett

DEBTOR(S)

CASE NO. 26−51110−RMM

**ORDER TO OBTAIN A STATUS CONFERENCE DATE IN A SUBCHAPTER V CHAPTER 11 CASE**

The above−referenced debtor(s) having filed a Chapter 11 case stating that the debtor has elected to proceed under Subchapter V, it is ORDERED:

Within 30 days after the filing of the petition, the debtor(s) shall obtain from the Clerk's office a date and time certain for the status conference required under 11 U.S.C. § 1188(a). If the debtor fails to comply with this order, the Court will schedule the status conference.

Dated: 7/7/26

/s/ Robert M Matson
United States Bankruptcy Judge