UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:

CHAPTER 11
SUBCHAPTER V

Allison Belinda Burkett

DEBTOR(S)

CASE NO. 26−51110−RMM

**ORDER TO OBTAIN A STATUS CONFERENCE DATE
IN A SUBCHAPTER V CHAPTER 11 CASE**

The above−referenced debtor(s) having filed a Chapter 11 case stating that the debtor has elected to proceed under Subchapter V, it is ORDERED:

Within 30 days after the filing of the petition, the debtor(s) shall obtain from the Clerk's office a date and time certain for the status conference required under 11 U.S.C. § 1188(a). If the debtor fails to comply with this order, the Court will schedule the status conference.

Dated: 7/7/26

/s/ Robert M Matson
United States Bankruptcy Judge

United States Bankruptcy Court
Middle District of Georgia

In re:
Allison Belinda Burkett
Debtor

Case No. 26-51110-RMM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113G-5 User: auto Page 1 of 2
Date Rcvd: Jul 07, 2026 Form ID: ostatcnf Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allison Belinda Burkett, 207 Twisted Laurel Lane, Bonaire, GA 31005-4233 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Garland | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation dgarland@mcdr-law.com, tlansman@mcdr-law.com |
| David L. Bury, Jr. | on behalf of Debtor Allison Belinda Burkett dbury@stoneandbaxter.com lchapman@stoneandbaxter.com;wporter@stoneandbaxter.com;tnorton@stoneandbaxter.com |
| Jenny Martin Walker - Ch 11 SubV | Trustee.JMW@adamshemingway.com GA72@ecfcbis.com |
| Matthew E. Mills | on behalf of U.S. Trustee U.S. Trustee - MAC matthew.e.mills@usdoj.gov |
| Robert G. Fenimore | on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov |
| Stephan Alan Ray | |

on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation sray@mcdr-law.com, tlansman@mcdr-law.com

U.S. Trustee - MAC
Ustp.region21.mc.ecf@usdoj.gov

TOTAL: 7