**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE: | : | Case Number 26-51110 RMM |
| | : | Chapter 11 SUB V |
| ALLISON BELINDA BURKETT | | |
| | : | |
| | : | |
| Debtor(s) | : | |

## NOTICE OF ENTRY OF APPEARANCE

Comes now Landon A. Justice, the attorney of record for Robins Financial Credit Union and files an Entry of Appearance in the above-styled case. Please furnish Mr. Justice with all correspondence, pleadings, etc., which are issued to the Clerk's Office in this case.

Respectfully submitted this 14th day of July 2026.

/s/ Landon A. Justice
Landon A. Justice
lajustice17@gmail.com
Attorney for Robins Financial Credit Union
State Bar Number 758244

Childress & Justice, LLC
843 Poplar Street
Macon, Georgia 31201
(478) 305-8676