**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE SCHEDULES, STATEMENTS, LISTS, AND INITIAL REPORTS**

This application of Allison Belinda Burkett, Debtor and Debtor-in-Possession in the above-captioned case (the "**Debtor**"), respectfully represents:

1. Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code on July 1, 2026 (the "**Petition Date**").

2. Debtor continues to operate her business and manage her property as debtor-in-possession pursuant to Section 1184 of the Bankruptcy Code.

3. No creditor's committee has been appointed in this case. No trustee or examiner has been appointed in this case.

4. Jenny Martin Walker was appointed as the Subchapter V Trustee (the "**Sub V Trustee**") on July 2, 2026. [Dkt. 5].

5. Debtor's petition was accompanied by a list of the names and addresses of Debtor's creditors and a list of her twenty (20) largest unsecured creditors.

6. The Bankruptcy Rules require various statements to be filed, some of which are specific to Subchapter V Cases; others which apply to Chapter 11 debtors, generally. Included in those rules, without limitation, is Bankruptcy Rule 1007 which requires Debtor to file her schedules of assets and liabilities, statements of affairs, and schedules of executory contracts and

unexpired leases (collectively, all of such required statements being referred to as the "**Schedules and Statements**") within fourteen (14) days after the Petition Date. The time to file Schedules and Statements in this case expires on July 15, 2026.

7. Debtor is currently accumulating data and reviewing her records to prepare the Schedules and Statements. However, due to the state of her business affairs, Debtor will require additional time to properly determine the amounts owed to her creditors and to properly identify and catalogue her assets.

8. Pursuant to Bankruptcy Rule 1007(c), the Court has authority to extend the time required for filing the Schedules and Statements. Debtor, therefore, respectfully request that the Court enlarge the period within which it must file the Schedules and Statements through and including July 24, 2026, a date that is at least five (5) days prior to the July 30, 2026 date scheduled for the § 341 meeting of creditors for the case.

9. The relief requested in this Motion is in the best interests of Debtor's estate and does not adversely affect the rights of any party to the case. The Debtor has discussed the requested extension with counsel for the United States Trustee, who does not oppose the Motion.

10. Debtor has made no previous such application for an enlargement of time.

WHEREFORE, Debtor prays for entry of the Order on **Exhibit A** enlarging the period within which she must file the Schedules and Statements.

[Signature Page to Follow]

Respectfully submitted, this 15th day of July, 2026.

**STONE & BAXTER, LLP**
By:

/s/ *E. Tate Crymes*
David L. Bury, Jr.
Georgia Bar No. 133066
E. Tate Crymes
Georgia Bar No. 486182

Proposed Counsel for Debtor

577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
dbury@stoneandbaxter.com
tcrymes@stoneandbaxter.com

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\Burkett v. Ch. 11\First Day Motions\3. Application for First Enlargement of Time with Proposed Order (for upload).docx

# EXHIBIT A

# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER ENLARGING THE TIME TO FILE STATEMENTS OF FINANCIAL AFFAIRS, SCHEDULES, LISTS, AND INITIAL REPORTS**

On the Application of the above-named Debtor (Dkt. __), and with Debtor's counsel representing to the Court that the United States Trustee does not oppose the relief sought in the Application, it is ORDERED that the time for Debtor to file Statements of Financial Affairs, Schedules, Lists, and Initial Reports is enlarged through and including July 24, 2026.

**END OF DOCUMENT**

This Order Prepared and Submitted by:

*/s/ E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486182
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
tcrymes@stoneandbaxter.com

*Proposed Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I served the foregoing pleading using the CM/ECF filing system, which sent a link to the pleading to all parties participating in this case via CM/ECF, including the United States Trustee and Subchapter V Trustee.

This 15th day of July, 2026.

*/s/ E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486182