**IN THE UNITED STATED BANKRUPTCU COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **In re:**<br><br>**ALLISON BELINDA BURKETT,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 26-51110-RMM** |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES UNDER RULE 2002

PLEASE TAKE NOTICE that Clinton R. Mikel of the law firm The Health Law Partners, P.C. hereby appears for Creditor Advanced Wound Care, LLC, d/b/a WoundGenex in the above-captioned Chapter 11 case. The undersigned hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 9010 and 2002. All such notices should be addressed as follows:

Clinton Mikel, Esq.
The Health Law Partners, P.C.
32000 Northwestern Hwy, Suite 240
Farmington Hills, MI 48334
Telephone: (248) 996-8510

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above-captioned case and proceedings therein.

Dated: July 14, 2026

Respectfully submitted,

THE HEALTH LAW PARTNERS, P.C.

By: /s/ *Clinton Mikel*__________

Clinton Mikel, Esq.
32000 Northwestern Hwy, Suite 240
Farmington Hills, MI 48334
Telephone: (248) 996-8510
Email: cmikel@thehlp.com

*Attorneys for Creditor Advanced Wound Care, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on July 14, 2026 via the Court's CM/ECF electronic filing system to all parties of record.

*/s/ Clinton Mikel*__________
Clinton Mikel