IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 26-51110 RMM |
| | ) | |
| ALLISON BELINDA BURKETT, MD | ) | |
| | ) | CHAPTER 11 |
| DEBTOR | ) | SUBCHAPTER V |

## STIPULATION ESTABLISHING COMPENSATION ESCROW

Jenny Martin Walker as Trustee ("Trustee") and the Debtor, Allison Belinda Burkett, MD, ("Debtor"), hereby stipulate and agree:

1. By August 1, 2026, and on the first day of each month thereafter, the Debtor shall remit to the Trustee the amount of $1,000.00 to be held in the Trustee's IOLTA account.

2. Said funds should be transmitted to the Trustee by wire transfer, her law firm online payment portal, or other mutually agreeable method.

3. The parties acknowledge that if the funds are sent via wire, the Trustee may incur a wire transfer fee with each wire transfer received and that said amount may be added as an expense to the Trustee's fee application.

4. Said funds shall be held by the Trustee until such time as an Order is entered awarding her compensation pursuant to 11 U.S.C. § 330 or 331 or until such time as another Order of this Court directs the use of said funds.

Prepared by:

Adams, Hemingway, Wilson & Rutledge, LLC

By: /s/ Jenny Martin Walker
Jenny Martin Walker
GA Bar No. 001286
P.O. Box 1956
Macon, GA 31202
(478) 200-6184
Trustee.jmw@adamshemingway.com
Chapter 11 Subchapter V Trustee

Stipulated to:

STONE & BAXTER, LLP

By: /s/ David L. Bury, Jr.
(signed by Jenny Martin Walker with express permission)
David L. Bury, Jr.
GA Bar No. 133066
577 Third Street
Macon, GA 31201
(478) 750-9898
dbury@stoneandbaxter.com
Attorneys for the Debtor

No Opposition:

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21

By: /s/ Robert G. Fenimore
(signed by Jenny Martin Walker with express permission)
Robert G. Fenimore
Georgia Bar No. 205202
Trial Attorney
Office of the United States Trustee
440 Martin Luther King Jr. Blvd
Suite 302
Macon, GA 31201
(478) 752-3544
Robert.g.fenimore@usdoj.gov