**SO ORDERED.**

**SIGNED this 16 day of July, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

IN RE: :
:
ALLISON BELINDA BURKETT, : Chapter 11 Case No. 26-51110-RMM
:
Debtor. :
:

**ORDER ENLARGING THE TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, LISTS, AND INITIAL REPORTS**

On the Application of the above-named Debtor (Dkt. 21), and with Debtor's counsel representing to the Court that the United States Trustee does not oppose the relief sought in the Application, it is ORDERED that the time for Debtor to file Statement of Financial Affairs, Schedules, Lists, and Initial Reports is enlarged through and including July 24, 2026.

**END OF DOCUMENT**

This Order Prepared and Submitted by:

*/s/ E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486182
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
tcrymes@stoneandbaxter.com

*Proposed Counsel for Debtor*