**SO ORDERED.**

**SIGNED this 16 day of July, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER ENLARGING THE TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, LISTS, AND INITIAL REPORTS**

On the Application of the above-named Debtor (Dkt. 21), and with Debtor's counsel representing to the Court that the United States Trustee does not oppose the relief sought in the Application, it is ORDERED that the time for Debtor to file Statement of Financial Affairs, Schedules, Lists, and Initial Reports is enlarged through and including July 24, 2026.

**END OF DOCUMENT**

This Order Prepared and Submitted by:

*<u>/s/ E. Tate Crymes</u>*
E. Tate Crymes
Georgia Bar No. 486182
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
tcrymes@stoneandbaxter.com

*Proposed Counsel for Debtor*

United States Bankruptcy Court

Middle District of Georgia

In re: Case No. 26-51110-RMM

Allison Belinda Burkett Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-5 User: auto Page 1 of 2

Date Rcvd: Jul 17, 2026 Form ID: pdfntc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allison Belinda Burkett, 207 Twisted Laurel Lane, Bonaire, GA 31005-4233 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clinton R. Mikel | on behalf of Creditor Advanced Wound Care LLC cmikel@thehlp.com |
| David A. Garland | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation dgarland@mcdr-law.com, tlansman@mcdr-law.com |
| David L. Bury, Jr. | on behalf of Debtor Allison Belinda Burkett dbury@stoneandbaxter.com lchapman@stoneandbaxter.com;wporter@stoneandbaxter.com;tnorton@stoneandbaxter.com |
| Jenny Martin Walker - Ch 11 SubV | Trustee.JMW@adamshemingway.com GA72@ecfcbis.com |
| Landon A. Justice | on behalf of Creditor Robins Financial Credit Union fka Robins Federal Credit Union lajustice17@gmail.com |
| Matthew E. Mills | |

| | |
|---|---|
| | on behalf of U.S. Trustee U.S. Trustee - MAC matthew.e.mills@usdoj.gov |
| Robert G. Fenimore | on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov |
| Stephan Alan Ray | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation sray@mcdr-law.com, tlansman@mcdr-law.com |
| Tate Crymes | on behalf of Debtor Allison Belinda Burkett tcrymes@stoneandbaxter.com lchapman@stoneandbaxter.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |

TOTAL: 10