**SO ORDERED.**

**SIGNED this 23 day of July, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: | CHAPTER 11<br>SUBCHAPTER V |
| Allison Belinda Burkett | |
| DEBTOR(S) | CASE NO. 26-51110-RMM |

**ORDER SCHEDULING STATUS CONFERENCE**

The above-referenced debtor(s) having filed a Chapter 11 case stating that the debtor has elected to proceed under Subchapter V, it is ORDERED:

A status conference pursuant to 11 U.S.C. § 1188(a) shall be held on 8/12/2026 at 10:30 A.M. at U. S. Bankruptcy Courtroom A, 433 Cherry Street, Macon, GA 31201 to further the expeditious and economical resolution of this case under Subchapter V.

On or before 14 days prior to the date of the status conference, the debtor(s) shall file with the Court and serve on the trustee and all parties in interest a report that details the efforts the debtor(s) has undertaken and will undertake to attain a consensual plan of reorganization, pursuant to 11 U.S.C. § 1188(c), and file a Certificate of Service with respect thereto.

END OF DOCUMENT