**SO ORDERED.**

**SIGNED this 24 day of July, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER ON APPLICATION TO EMPLOY STONE & BAXTER, LLP AS COUNSEL FOR DEBTOR**

This matter is before the Court on the *Application to Employ Stone & Baxter, LLP as Counsel for Debtor* (the "**Application**"). No notice or hearing on the Application is necessary. The Application and accompanying verification demonstrate that the attorneys of Stone & Baxter, LLP are qualified to practice in this Court, that they are disinterested and represent no interest adverse to Debtor or its Bankruptcy Estate in the matters upon which they are to be engaged, and that this Bankruptcy Case justifies the employment of such professionals for the purposes specified. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. §§ 105(a), 327, and 328 and Bankruptcy Rule 2014, the Application is GRANTED. Debtor is authorized to employ Stone & Baxter, LLP as counsel in

her Bankruptcy Case, as of July 1, 2026. It is further

ORDERED that compensation shall be paid to Stone & Baxter, LLP upon notice, hearing, and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331 upon an appropriately-detailed application therefor, to be served upon the United States Trustee or in accordance with a separate order entered by the Court with respect to the compensation of professionals. It is further

ORDERED that Debtor's counsel shall serve this Order upon the United States Trustee and all creditors and parties-in-interest within seven (7) business days after its entry. The United States Trustee and all creditors and parties-in-interest shall have twenty-one (21) days from the service date of the Order within which to file a written objection to the entry of this Order, stating the grounds therefor; provided, however, that parties receiving this Order by mail may add three (3) days to the objection deadline in accordance with F.R.B.P. 9006(f). A copy of any such objection shall be served upon Debtor's counsel, addressed: David L. Bury, Jr., Stone & Baxter, LLP, 577 Third Street, Macon, Georgia 31201, dbury@stoneandbaxter.com.

If an objection is filed and served as provided herein, then a hearing on said objection shall be scheduled upon further order. If no objection is filed and served as provided herein, then this Order shall become self-executing, without further hearing or notice.

**END OF DOCUMENT**

**This Order prepared by:**

*<u>/s/ David L. Bury, Jr.</u>*
David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 *facsimile*;
dbury@stoneandbaxter.com
Proposed Counsel for Debtor