**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**DEBTOR'S DECLARATIONS**

COMES NOW the Debtor in the above-captioned Subchapter V Chapter 11 case and, pursuant to 11 U.S.C. § 1116(1)(B), files her Declaration attached on **Exhibit A**.

Respectfully submitted this 24th day of July, 2026.

**STONE & BAXTER, LLP**
By:

/s/ *David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
E. Tate Crymes
Georgia Bar No. 486182

Proposed Counsel for Debtor

577 Third Street
Macon, Georgia 31201
(478) 750-9898
(478) 750-9899 (fax)
dbury@stoneandbaxter.com
tcrymes@stonenandbaxter.com

**CERTIFICATE OF SERVICE**

I certify that, on July 24, 2026, I served the forgoing pleading on all parties who are participating in this case via CM/ECF.

This 24th day of July, 2026.

/s/ *David L. Bury, Jr.*
David L. Bury, Jr.

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\Burkett v. Ch. 11\Schedules\Debtor 1116 Declaration.docx

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**DECLARATION OF ALLISON BELINDA BURKETT**

I, Allison Belinda Burkett, declare under penalty of perjury as follows:

1. I am the debtor and debtor-in-possession in the above-captioned Subchapter V case. I am authorized to make this Declaration. This Declaration is made on my personal knowledge. This Declaration is offered pursuant to 11 U.S.C. § 1116(1)(B), made applicable by 11 U.S.C. § 1187(a).

2. I do not regularly maintain or prepare balance sheets, statements of operations, or cash-flow statements in the ordinary course of my personal business.

3. Accordingly, I do not have any current balance sheets, statements of operations, or cash-flow statements to append to my voluntary petition.

In accordance with 28 U.S.C. § 1746, declare and verify under penalty of perjury that the foregoing is true and correct.

This 24th day of July, 2026.

*/s/ Allison Belinda Burkett*
Allison Belinda Burkett