**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

This is to certify that on this date I served the *Notice of Chapter 11 Bankruptcy Case* by depositing same in the United States Mail with proper postage thereon upon the following party:

Robert Zanders
110 Peach Blossom Road, Apt. 146
Bonaire, GA 31005

This 24th day of July, 2026.

**STONE & BAXTER, LLP**
**By:**
*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066

Proposed Counsel for Debtor

577 Third Street
Macon, GA 31201
(478) 750-9898; (478) 750-9899 (*fax*)
dbury@stoneandbaxter.com

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\Burkett v. Ch. 11\COS on 341 Notice to Added Creditors 6.12.26.docx