**SO ORDERED.**

**SIGNED this 24 day of July, 2026.**




Robert M. Matson

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER ON APPLICATION TO EMPLOY STONE & BAXTER, LLP AS COUNSEL FOR DEBTOR**

This matter is before the Court on the *Application to Employ Stone & Baxter, LLP as Counsel for Debtor* (the "**Application**"). No notice or hearing on the Application is necessary. The Application and accompanying verification demonstrate that the attorneys of Stone & Baxter, LLP are qualified to practice in this Court, that they are disinterested and represent no interest adverse to Debtor or its Bankruptcy Estate in the matters upon which they are to be engaged, and that this Bankruptcy Case justifies the employment of such professionals for the purposes specified. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. §§ 105(a), 327, and 328 and Bankruptcy Rule 2014, the Application is GRANTED. Debtor is authorized to employ Stone & Baxter, LLP as counsel in

her Bankruptcy Case, as of July 1, 2026. It is further

ORDERED that compensation shall be paid to Stone & Baxter, LLP upon notice, hearing, and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331 upon an appropriately-detailed application therefor, to be served upon the United States Trustee or in accordance with a separate order entered by the Court with respect to the compensation of professionals. It is further

ORDERED that Debtor's counsel shall serve this Order upon the United States Trustee and all creditors and parties-in-interest within seven (7) business days after its entry. The United States Trustee and all creditors and parties-in-interest shall have twenty-one (21) days from the service date of the Order within which to file a written objection to the entry of this Order, stating the grounds therefor; provided, however, that parties receiving this Order by mail may add three (3) days to the objection deadline in accordance with F.R.B.P. 9006(f). A copy of any such objection shall be served upon Debtor's counsel, addressed: David L. Bury, Jr., Stone & Baxter, LLP, 577 Third Street, Macon, Georgia 31201, dbury@stoneandbaxter.com.

If an objection is filed and served as provided herein, then a hearing on said objection shall be scheduled upon further order. If no objection is filed and served as provided herein, then this Order shall become self-executing, without further hearing or notice.

**END OF DOCUMENT**

**This Order prepared by:**

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 *facsimile*;
dbury@stoneandbaxter.com
Proposed Counsel for Debtor

United States Bankruptcy Court

Middle District of Georgia

In re: Case No. 26-51110-RMM

Allison Belinda Burkett Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-5 User: auto Page 1 of 3

Date Rcvd: Jul 24, 2026 Form ID: pdfntc Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allison Belinda Burkett, 207 Twisted Laurel Lane, Bonaire, GA 31005-4233 |
| aty | + | David L. Bury, Jr., Stone & Baxter, LLP, 577 Third Street, Macon, GA 31201-8256 |
| cr | + | Advanced Wound Care, LLC, 550 W Baseline Rd, Suite 102-416, Mesa, AZ 85210-6031 |
| 13081448 | | Advanced Wound Care LLC, a/k/a WoundGenex, 550 W Baseline Rd. - Ste. 102-416, aka WoundGenex), Mesa AZ 85210-6031 |
| 13089175 | + | Advanced Wound Care, LLC, d/b/a WoundGenex, c/o Clinton Mikel, Esq., 32000 Northwestern Hwy, Suite 240, Farmington Hills, MI 48334-1569 |
| 13081450 | + | American Vascular Associates, 3001 Palm Harbor Blvd - Ste. A, Palm Harbor FL 34683-1930 |
| 13081451 | + | Ameris Bank, 575 Anton Blvd. FL 12, Costa Mesa CA 92626-7169 |
| 13081788 | + | Ameris Bank, through its division Balboa Capital C, In Care of (c/o) David A. Garland, Moore, Clarke, DuVall & Rodgers, P.C., 2829 Old Dawson Road, Suite 100, Albany, Georgia 31707-1403 |
| 13081521 | + | Ameris Bank, through its division Balboa Capital C, In Care of (c/o) Stephan A. Ray, Moore, Clarke, DuVall & Rodgers P.C., 2829 Old Dawson Road, Suite 100, Albany, Georgia 31707-1403 |
| 13081452 | | Balboa Capital Corporation, P.O. Box 844803, Los Angeles CA 90084-4803 |
| 13081454 | | Capital One Bank (USA), N.A., P.O. Box 39213, Salt Lake City UT 84131 |
| 13081455 | | City of Warner Robins, P.O. Box 8659, Warner Robins GA 31095-8659 |
| 13081456 | | Cox Communications, Inc, P.O. Box 919367, Dallas TX 75391-9367 |
| 13083260 | + | David A Garland, 2829 Old Dawson Road, Post Office Drawer 71727, Albany, GA 31708-1727 |
| 13081458 | + | Flint Electric Membership Corporation, P.O. Box 7089, Warner Robins GA 31095-7089 |
| 13081460 | + | Grand Vacations/HGV, 5323 Millenia Lakes Blvd., Orlando FL 32839-3392 |
| 13081461 | + | Houston County Tax Commissioner, c/o Hon. Mark Kushinka, Tax Commissioner, 202 Carl Vinson Parkway, Warner Robins GA 31088-5897 |
| 13081464 | + | MMP Capital Account Services, 19 Engineers Lane, Farmingdale NY 11735-1207 |
| 13081463 | + | Middle GA Vascular Surgery Center L.L.C., 1025 N. Houston Road, Warner Robins GA 31093-1505 |
| 13081467 | | Philips Healthcare, P.O. Box 100355, Atlanta GA 30384-0355 |
| 13081469 | #+ | Reliant Capital Group, 6 Executive Circle - Ste. 250, Irvine CA 92614-6732 |
| 13083262 | + | Stephen A Ray, 2829 Old Dawson Road, Post Office Drawer 71727, Albany, GA 31708-1727 |
| 13081474 | | Victoria Mutual Building Society, Chief Office, 8-10 Duke St., Kingston, Jamaica, W.I. |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2026 17:42:36 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bankruptcy@robinsfcu.org | Jul 24 2026 17:36:00 | Robins Financial Credit Union fka Robins Federal C, P.O. Box 6849, Warner Robins, GA 31095-6849 |
| 13081449 | + | Email/PDF: bncnotices@becket-lee.com | Jul 24 2026 17:42:37 | American Express, P.O. Box 297871, Fort Lauderdale FL 33329-7871 |
| 13084659 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2026 17:42:27 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 13081453 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 24 2026 17:42:32 | BMW Bank of North America, P.O. Box 78066, Phoenix AZ 85062-8066 |
| 13088199 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2026 17:42:27 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13081457 | + | Email/Text: mrdiscen@discover.com | Jul 24 2026 17:36:00 | Discover, P.O. Box 30939, Salt Lake City UT 84130-0939 |
| 13081459 | | Email/Text: brnotices@dor.ga.gov | Jul 24 2026 17:36:00 | Georgia Department of Revenue, Compliance Division, ARCS - Bankruptcy, 1800 Century BLVD NE, Suite 9100, Atlanta GA 30345 |
| 13081462 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 24 2026 17:36:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 13081465 | + | Email/Text: bankruptcy@newlanefinance.com | Jul 24 2026 17:36:00 | NewLane Finance Company, 123 S. Broad St. - 17th Floor, Philadelphia PA 19109-1032 |
| 13081466 | + | Email/Text: emiller@northmillef.com | Jul 24 2026 17:36:00 | North Mill Equipment Finance LLC, 601 Merrit 7 - Ste. 5, Norwalk CT 06851-1097 |
| 13082528 | + | Email/Text: USTP.REGION21.MC.ECF@USDOJ.GOV | Jul 24 2026 17:37:00 | Office of U.S. Trustee, c/o Robert G. Fenimore, Trial Attorney, 440 MLK Jr. Blvd Ste 302, Macon, GA 31201-7987 |
| 13081468 | + | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jul 24 2026 17:36:00 | Philips Medical Capital, LLC, 1111 Old Eagle School Road, Wayne PA 19087-1453 |
| 13087657 | | Email/Text: bankruptcy@robinsfcu.org | Jul 24 2026 17:36:00 | ROBINS FINANCIAL CREDIT UNION, PO BOX 6849, WARNER ROBINS GA 31095 |
| 13081470 | | Email/Text: bankruptcy@robinsfcu.org | Jul 24 2026 17:36:00 | Robins Financial Credit Union, 803 Watson Blvd., Warner Robins GA 31093 |
| 13087653 | ^ | MEBN | Jul 24 2026 17:30:14 | ROBINS FINANCIAL CREDIT UNION, C/O LANDON A JUSTICE, 843 POPLAR ST, MACON GA 31201-2055 |
| 13081471 | | Email/Text: Bankruptcy@stearnsbank.com | Jul 24 2026 17:36:00 | Stearns Bank N.A., P.O. Box 750, Albany MN 56307-0750 |
| 13081472 | | Email/Text: bankruptcy@bbandt.com | Jul 24 2026 17:36:00 | Truist Financial Corporation, P.O. Box 580050, Charlotte NC 28258-0050 |
| 13081473 | | Email/Text: bankruptcy@bbandt.com | Jul 24 2026 17:36:00 | Truist Financial Corporation, P.O. Box 791622, Baltimore MD 21279-1622 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clinton R. Mikel | on behalf of Creditor Advanced Wound Care LLC cmikel@thehlp.com |
| David A. Garland | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation dgarland@mcdr-law.com, tlansman@mcdr-law.com |
| David L. Bury, Jr. | on behalf of Debtor Allison Belinda Burkett dbury@stoneandbaxter.com lchapman@stoneandbaxter.com;wporter@stoneandbaxter.com;tnorton@stoneandbaxter.com |
| Jenny Martin Walker - Ch 11 SubV | Trustee.JMW@adamshemingway.com GA72@ecfcbis.com |
| Landon A. Justice | on behalf of Creditor Robins Financial Credit Union fka Robins Federal Credit Union lajustice17@gmail.com |
| Matthew E. Mills | on behalf of U.S. Trustee U.S. Trustee - MAC matthew.e.mills@usdoj.gov |
| Robert G. Fenimore | on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov |
| Stephan Alan Ray | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation sray@mcdr-law.com, tlansman@mcdr-law.com |
| Tate Crymes | on behalf of Debtor Allison Belinda Burkett tcrymes@stoneandbaxter.com lchapman@stoneandbaxter.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |

TOTAL: 10