**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

This is to certify that on this date I served the *Order on Application to Employ Stone & Baxter, LLP as Counsel for Debtor* (Dkt. 32) by depositing same in the United States Mail with proper postage thereon upon all parties on the Matrix attached hereto as **Exhibit A**.

This 29th day of July, 2026.

**STONE & BAXTER, LLP**
**By:**
*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066

Counsel for Debtor

577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (*fax*)
dbury@stoneandbaxter.com

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\Burkett v. Ch. 11\First Day Motions\Orders\COS on Order on App to Employ.docx

**Exhibit A**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-5<br>Case 26-51110-RMM<br>Middle District of Georgia<br>Macon<br>Wed Jul 15 17:04:15 EDT 2026 | BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Robins Financial Credit Union fka Robins Fed<br>P.O. Box 6849<br>Warner Robins, GA 31095-6849 |
| 5<br>433 Cherry Street<br>P.O. Box 1957<br>Macon, GA 31202-1957 | Advanced Wound Care LLC<br>a/k/a WoundGenex<br>550 W Baseline Rd. - Ste. 102-416<br>aka WoundGenex)<br>Mesa AZ 85210-6031 | American Express<br>P.O. Box 297871<br>Fort Lauderdale FL 33329-7871 |
| American Vascular Associates<br>3001 Palm Harbor Blvd - Ste. A<br>Palm Harbor FL 34683-1930 | Ameris Bank<br>575 Anton Blvd. FL 12<br>Costa Mesa CA 92626-7169 | Ameris Bank, through its division Balboa Cap<br>In Care of (c/o) David A. Garland<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>2829 Old Dawson Road, Suite 100<br>Albany, Georgia 31707-1403 |
| Ameris Bank, through its division Balboa Cap<br>In Care of (c/o) Stephan A. Ray<br>Moore, Clarke, DuVall & Rodgers P.C.<br>2829 Old Dawson Road, Suite 100<br>Albany, Georgia 31707-1403 | BMW Bank of North America<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | BMW Bank of North America<br>P.O. Box 78066<br>Phoenix AZ 85062-8066 |
| Balboa Capital Corporation<br>P.O. Box 844803<br>Los Angeles CA 90084-4803 | Capital One Bank (USA), N.A.<br>P.O. Box 39213<br>Salt Lake City UT 84131 | City of Warner Robins<br>P.O. Box 8659<br>Warner Robins GA 31095-8659 |
| Cox Communications, Inc<br>P.O. Box 919367<br>Dallas TX 75391-9367 | David A Garland<br>2829 Old Dawson Road<br>Post Office Drawer 71727<br>Albany, GA 31708-1727 | Discover<br>P.O. Box 30939<br>Salt Lake City UT 84130-0939 |
| Flint Electric Membership Corporation<br>P.O. Box 7089<br>Warner Robins GA 31095-7089 | (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY<br>2595 CENTURY PKWY NE SUITE 339<br>ATLANTA GA 30345-3173 | Grand Vacations/HGV<br>5323 Millenia Lakes Blvd.<br>Orlando FL 32839-3392 |
| Houston County Tax Commissioner<br>c/o Hon. Mark Kushinka, Tax Commissioner<br>202 Carl Vinson Parkway<br>Warner Robins GA 31088-5897 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | MMP Capital Account Services<br>19 Engineers Lane<br>Farmingdale NY 11735-1207 |
| Middle GA Vascular Surgery Center L.L.C.<br>1025 N. Houston Road<br>Warner Robins GA 31093-1505 | NewLane Finance Company<br>123 S. Broad St. - 17th Floor<br>Philadelphia PA 19109-1032 | North Mill Equipment Finance LLC<br>601 Merrit 7 - Ste. 5<br>Norwalk CT 06851-1097 |
| Office of U.S. Trustee<br>c/o Robert G. Fenimore<br>Trial Attorney<br>440 MLK Jr. Blvd Ste 302<br>Macon, GA 31201-7987 | Philips Healthcare<br>P.O. Box 100355<br>Atlanta GA 30384-0355 | Philips Medical Capital, LLC<br>1111 Old Eagle School Road<br>Wayne PA 19087-1453 |

ROBINS FINANCIAL CREDIT UNION
C/O LANDON A JUSTICE
843 POPLAR ST
MACON GA 31201-2055

(p)ROBINS FINANCIAL CREDIT UNION
P O BOX 6849
WARNER ROBINS GA 31095-6849

Reliant Capital Group
6 Executive Circle - Ste. 250
Irvine CA 92614-6732

(p)STEARNS BANK NATIONAL ASSOCIATION
ATTN LEGAL DEPARTMENT
4191 2ND STREET SOUTH
ST CLOUD MN 56301-3761

Stephen A Ray
2829 Old Dawson Road
Post Office Drawer 71727
Albany, GA 31708-1727

Truist Financial Corporation
P.O. Box 580050
Charlotte NC 28258-0050

Truist Financial Corporation
P.O. Box 791622
Baltimore MD 21279-1622

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

Victoria Mutual Building Society
Chief Office
8-10 Duke St.
Kingston, Jamaica, W.I.

Allison Belinda Burkett
207 Twisted Laurel Lane
Bonaire, GA 31005-4233

David L. Bury Jr.
Stone & Baxter, LLP
577 Third Street
Macon, GA 31201-8256

Jenny Martin Walker - Ch 11 SubV
Adams, Hemingway, Wilson & Rutledge, LLC
P.O. Box 1956
Macon, GA 31202-1956

Tate Crymes
Stone & Baxter, LLP
577 Third Street
Macon, GA 31201-8256

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century BLVD NE, Suite 9100
Atlanta GA 30345

ROBINS FINANCIAL CREDIT UNION
PO BOX 6849
WARNER ROBINS GA 31095

(d)Robins Financial Credit Union
803 Watson Blvd.
Warner Robins GA 31093

Stearns Bank N.A.
P.O. Box 750
Albany MN 56307-0750

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ameris Bank, through its division Balboa C

(d)BMW Bank of North America c/o AIS Portfoli
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 42 |
| Bypassed recipients | 2 |
| Total | 44 |