**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**SUBCHAPTER V STATUS REPORT**

COMES NOW Allison Belinda Burkett, Debtor and Debtor-in-possession in the above-captioned Chapter 11 case (the "**Debtor**"), and, pursuant to 11 U.S.C. § 1188(c), files this *Subchapter V Status Report* (the "**Status Report**"), respectfully showing as follows:

**Background**

1. Debtor filed her voluntary petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on July 1, 2026 (the "**Petition Date**").

2. Debtor continues to manage her property as debtor-in-possession pursuant to Section 1184 of the Bankruptcy Code.

3. Jenny Martin Walker has been appointed as the Subchapter V trustee in this case (Dkt. No. 5).

4. Debtor is an individual who resides at 207 Twisted Laurel Lane, Bonaire, Georgia 31005.

**Status Report**

5. **Status of the Initial Debtor Interview**: It was conducted and concluded on July 14, 2026.

6. **Status of the Schedules and Statement of Financial Affairs**: Debtor timely-filed her Schedules and SOFA on July 24, 2026, pursuant to the *Order Enlarging the Time to File Statements of Financial Affairs, Schedules, Lists, and Initial Reports* (Dkt. No. 28).

7. **Status of the 341 Meetings**: The 341 Meeting of Creditors was held on July 30, 2026.

8. **Status of Monthly Operating Reports**: As of the filing of this Status Report, Debtor is current on Monthly Operating Reports and is currently compiling the financial data necessary to complete her initial Monthly Operating Report which is due August 21, 2026.

9. **Status of Insurance**: To Debtor's knowledge, she maintains insurance on all property of the estate for which insurance is necessary.

10. **Status of Tax Returns**: To Debtor's knowledge, all required tax returns or extensions due to be filed have been filed.

11. **Status of Pending Motions**: As of the filing of this Status Report, the only motion pending in this matter is Debtor's *Motion for an Order Authorizing the Continued Use of Existing Bank Accounts* (Dkt. No. 22) (the "**Bank Account Motion**"). The deadline for objections to the Bank Account Motion is August 5, 2026. If any objections to the Bank Account Motion are filed and are unable to be resolved, then the Bank Account Motion will come before the Court on August 26, 2026. To date, no objections have been filed.

12. **Efforts Undertaken to Attain a Consensual Plan of Reorganization (the "Plan")**. Debtor has used the initial stage of this case to complete and/or prepare for the necessary procedural filings and meetings (Schedules and SOFA, Initial Debtor Interview, 341 Meeting, MORs, etc.). At this early stage of the case, Debtor is still in the initial stages of formulating her proposed chapter 11 plan. The Debtor has not yet had an opportunity to hold

meaningful discussions with creditors regarding a plan of reorganization. Similarly, the Debtor has not had an opportunity to discuss plan matters with Ms. Walker beyond those matters inquired about at the 341 Meeting of Creditors and Initial Debtor Interview.

13. **Efforts to Be Taken to Obtain a Consensual Plan of Reorganization**. The Debtor intends to reach out to creditors to discuss terms that will lead to a consensual plan. The Debtor will also continue to discuss with Ms. Walker her opinions and concerns on preparing a consensual plan. The Debtor will continue to operate and fulfill her duties as Debtor-in-possession.

Respectfully submitted, this 12th day of August, 2026.

**STONE & BAXTER, LLP**
By:

/s/ *E. Tate Crymes*
David L. Bury, Jr.
Georgia Bar No. 133066
E. Tate Crymes
Georgia Bar No. 486182

577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
dbury@stoneandbaxter.com
tcrymes@stoneandbaxter.com

*Counsel for Debtor*

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\Burkett v. Ch. 11\Sub V Status Report\Status Report (8.12.26).docx

**CERTIFICATE OF SERVICE**

This is to certify that I served the foregoing Status Report using the CM/ECF filing system, which sent a link to the Status Report to all parties participating in these cases via CM/ECF. Counsel will also serve the Status Report on all other parties-in-interest and file a separate Certificate of Service.

This 12th day of August, 2026.

/s/ *E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486182

577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
tcrymes@stoneandbaxter.com

*Counsel for Debtor*