**SO ORDERED.**

**SIGNED this 12 day of August, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLISON BELINDA BURKETT, | : | Chapter 11 Case No. 26-51110-RMM |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER ESTABLISHING COMPENSATION PROCEDURES FOR PROFESSIONALS**

Upon consideration of the *Motion to Establish Compensation Procedure for Professionals* (Dkt. 19) (the "**Motion**") filed by the Debtor for authorization to establish compensation procedures for professionals; and it appearing that proper and adequate notice of the Motion, opportunity to object, and opportunity for a hearing have been given and that, except as provided herein, no other or further notice is necessary; and it appearing that such procedures would aid in the efficient administration of the bankruptcy estate, aid the stabilization of Debtor's cash flow, and be consistent with the interests of Debtor, creditors, and the estate, it is hereby

**ORDERED** as follows:

(1) All professionals employed in this case, whether upon a time basis, a deposit basis, or a contingent fee basis shall keep detailed records of all time and expenses expended in connection with the case in accordance with Section 330 of the Bankruptcy Code.

(2) Commencing as of July 31, 2026, for all services performed prior to such date and as of the end of each regular billing period thereafter, each professional may submit to Stone & Baxter, LLP invoices for interim compensation and shall provide copies thereof to the United States Trustee, the Subchapter V Trustee, counsel for any creditor holding or asserting a claim secured by "cash collateral," and such other parties as the Court may direct.

(3) The parties receiving such fee invoices shall have fourteen (14) days from the date of service thereof within which to serve upon the party applying for such compensation, and upon counsel for Debtor, the United States Trustee, and the Subchapter V Trustee specific written objections to payment of any of the time or expenses itemized. Such written objections shall specifically identify the item or expense objected to and shall state the reason(s) for such objection. Objections may be served by e-mail or by regular mail, but if served by regular mail, such objection must be received within fourteen (14) days from the date of service of the fee invoices.

(4) If no such written objection to the fee invoice is received within fourteen (14) days of service as stated in paragraph (3) above, then each applicant shall file a Certificate of No Objection with the Court (substantially in the form of **Exhibit 1** attached hereto) and the fees shall then be eligible to be paid by Debtor, subject to the terms of the Compensation Procedures Order.

(5) If a specific written objection to the invoice is timely filed, then, after the expiration of the fourteen (14) day period after service of the fee invoice(s), the portions of the fee invoice which were not objected to shall be eligible to be paid by Debtor. The portion of the fees which were objected to shall not be paid unless and until Order of this Court directs such payment or until such objection is withdrawn.

(6) Each professional appointed in this case shall file supplemental disclosures of any deposit received in accordance with Bankruptcy Rule 2016(b) within fourteen (14) days after the date of each deposit to such professional.

(7) Commencing as of November 30, 2026, for all services performed prior to such date and as of the end of each 120-day period thereafter, each professional may file applications for interim compensation in accordance with Section 331 of the Bankruptcy Code. Such professional shall serve a copy of such application and the Notice of Compensation upon (i) the United States Trustee; (ii) counsel for any creditor holding a claim secured by "cash collateral"; (iii) Debtor's counsel; and (iv) the Subchapter V Trustee. Additionally, the Notice of Compensation shall be

served in accordance with Bankruptcy Rule 2002(a) upon all creditors and other parties-in-interest who appear on the mailing matrix.

(8) All hearings on professional compensation pursuant to such periodic applications shall be scheduled at the same time. Objections by any party-in-interest to any requested compensation shall be filed and served in accordance with the local rules of this Court.

(9) All compensation is subject to final allowance in accordance with Section 330 of the Bankruptcy Code.

(10) In the case of any professional compensated other than on a time-billing basis, such professional shall nevertheless file reports of all time expended and expenses incurred along with a disclosure of all amounts paid by Debtor on account thereof, at the same intervals and in the same manner as required of professionals employed upon the basis of time billing.

(11) Interim payments received in accordance with the procedures outlined above may be applied to the fees and expenses itemized as such deposits or payments are received, subject to disgorgement or offset if such fees are not finally approved as interim or final compensation.

**END OF DOCUMENT**

**This Order Prepared and Submitted by:**

*<u>/s/ David L. Bury, Jr.</u>*
David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
dbury@stoneandbaxter.com

Counsel for Debtor

United States Bankruptcy Court
Middle District of Georgia

In re: Case No. 26-51110-RMM
Allison Belinda Burkett Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-5 User: auto Page 1 of 3
Date Rcvd: Aug 13, 2026 Form ID: pdfntc Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allison Belinda Burkett, 207 Twisted Laurel Lane, Bonaire, GA 31005-4233 |
| aty | + | David L. Bury, Jr., Stone & Baxter, LLP, 577 Third Street, Macon, GA 31201-8256 |
| cr | + | Advanced Wound Care, LLC, 550 W Baseline Rd, Suite 102-416, Mesa, AZ 85210-6031 |
| 13081448 | | Advanced Wound Care LLC, a/k/a WoundGenex, 550 W Baseline Rd. - Ste. 102-416, aka WoundGenex), Mesa AZ 85210-6031 |
| 13089175 | + | Advanced Wound Care, LLC, d/b/a WoundGenex, c/o Clinton Mikel, Esq., 32000 Northwestern Hwy, Suite 240, Farmington Hills, MI 48334-1569 |
| 13081450 | + | American Vascular Associates, 3001 Palm Harbor Blvd - Ste. A, Palm Harbor FL 34683-1930 |
| 13081451 | + | Ameris Bank, 575 Anton Blvd. FL 12, Costa Mesa CA 92626-7169 |
| 13081788 | + | Ameris Bank, through its division Balboa Capital C, In Care of (c/o) David A. Garland, Moore, Clarke, DuVall & Rodgers, P.C., 2829 Old Dawson Road, Suite 100, Albany, Georgia 31707-1403 |
| 13081521 | + | Ameris Bank, through its division Balboa Capital C, In Care of (c/o) Stephan A. Ray, Moore, Clarke, DuVall & Rodgers P.C., 2829 Old Dawson Road, Suite 100, Albany, Georgia 31707-1403 |
| 13081452 | | Balboa Capital Corporation, P.O. Box 844803, Los Angeles CA 90084-4803 |
| 13081454 | | Capital One Bank (USA), N.A., P.O. Box 39213, Salt Lake City UT 84131 |
| 13081455 | | City of Warner Robins, P.O. Box 8659, Warner Robins GA 31095-8659 |
| 13081456 | | Cox Communications, Inc, P.O. Box 919367, Dallas TX 75391-9367 |
| 13083260 | + | David A Garland, 2829 Old Dawson Road, Post Office Drawer 71727, Albany, GA 31708-1727 |
| 13081458 | + | Flint Electric Membership Corporation, P.O. Box 7089, Warner Robins GA 31095-7089 |
| 13081460 | + | Grand Vacations/HGV, 5323 Millenia Lakes Blvd., Orlando FL 32839-3392 |
| 13081461 | + | Houston County Tax Commissioner, c/o Hon. Mark Kushinka, Tax Commissioner, 202 Carl Vinson Parkway, Warner Robins GA 31088-5897 |
| 13081464 | + | MMP Capital Account Services, 19 Engineers Lane, Farmingdale NY 11735-1207 |
| 13081463 | + | Middle GA Vascular Surgery Center L.L.C., 1025 N. Houston Road, Warner Robins GA 31093-1505 |
| 13081467 | | Philips Healthcare, P.O. Box 100355, Atlanta GA 30384-0355 |
| 13081469 | #+ | Reliant Capital Group, 6 Executive Circle - Ste. 250, Irvine CA 92614-6732 |
| 13095079 | + | Robert Zanders, 110 Peach Blossom Road, Apt. 146, Bonaire, Georgia 31005-3951 |
| 13083262 | + | Stephen A Ray, 2829 Old Dawson Road, Post Office Drawer 71727, Albany, GA 31708-1727 |
| 13099835 | + | Truist Bank, c/o Jason D. Wyman, Esq., Womble Bond Dickinson (US) LLP, 550 South Main Street, Suite 400, Greenville, SC 29601-2541 |
| 13081474 | | Victoria Mutual Building Society, Chief Office, 8-10 Duke St., Kingston, Jamaica, W.I. |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2026 17:27:19 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bankruptcy@robinsfcu.org | Aug 13 2026 17:25:00 | Robins Financial Credit Union fka Robins Federal C, P.O. Box 6849, Warner Robins, GA 31095-6849 |
| 13081449 | + | Email/PDF: bncnotices@becket-lee.com | Aug 13 2026 17:27:19 | American Express, P.O. Box 297871, Fort Lauderdale FL 33329-7871 |

| | | | | |
|---|---|---|---|---|
| 13100445 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2026 17:27:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13084659 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2026 17:27:13 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13081453 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 13 2026 17:27:19 | BMW Bank of North America, P.O. Box 78066, Phoenix AZ 85062-8066 |
| 13088199 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2026 17:27:15 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13101979 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 17:27:19 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 13081457 | + | Email/Text: mrdiscen@discover.com | Aug 13 2026 17:24:00 | Discover, P.O. Box 30939, Salt Lake City UT 84130-0939 |
| 13081459 | | Email/Text: brnotices@dor.ga.gov | Aug 13 2026 17:25:00 | Georgia Department of Revenue, Compliance Division, ARCS - Bankruptcy, 1800 Century BLVD NE, Suite 9100, Atlanta GA 30345 |
| 13081462 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2026 17:25:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 13081465 | + | Email/Text: bankruptcy@newlanefinance.com | Aug 13 2026 17:25:00 | NewLane Finance Company, 123 S. Broad St. - 17th Floor, Philadelphia PA 19109-1032 |
| 13081466 | + | Email/Text: emiller@northmillef.com | Aug 13 2026 17:25:00 | North Mill Equipment Finance LLC, 601 Merrit 7 - Ste. 5, Norwalk CT 06851-1097 |
| 13082528 | + | Email/Text: USTP.REGION21.MC.ECF@USDOJ.GOV | Aug 13 2026 17:25:00 | Office of U.S. Trustee, c/o Robert G. Fenimore, Trial Attorney, 440 MLK Jr. Blvd Ste 302, Macon, GA 31201-7987 |
| 13081468 | + | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Aug 13 2026 17:24:00 | Philips Medical Capital, LLC, 1111 Old Eagle School Road, Wayne PA 19087-1453 |
| 13087657 | | Email/Text: bankruptcy@robinsfcu.org | Aug 13 2026 17:25:00 | ROBINS FINANCIAL CREDIT UNION, PO BOX 6849, WARNER ROBINS GA 31095 |
| 13081470 | | Email/Text: bankruptcy@robinsfcu.org | Aug 13 2026 17:25:00 | Robins Financial Credit Union, 803 Watson Blvd., Warner Robins GA 31093 |
| 13087653 | ^ | MEBN | Aug 13 2026 17:24:48 | ROBINS FINANCIAL CREDIT UNION, C/O LANDON A JUSTICE, 843 POPLAR ST, MACON GA 31201-2055 |
| 13081471 | | Email/Text: Bankruptcy@stearnsbank.com | Aug 13 2026 17:24:00 | Stearns Bank N.A., P.O. Box 750, Albany MN 56307-0750 |
| 13081472 | | Email/Text: bankruptcy@bbandt.com | Aug 13 2026 17:25:00 | Truist Financial Corporation, P.O. Box 580050, Charlotte NC 28258-0050 |
| 13081473 | | Email/Text: bankruptcy@bbandt.com | Aug 13 2026 17:25:00 | Truist Financial Corporation, P.O. Box 791622, Baltimore MD 21279-1622 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13100446 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clinton R. Mikel | on behalf of Creditor Advanced Wound Care LLC cmikel@thehlp.com |
| David A. Garland | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation dgarland@mcdr-law.com, tlansman@mcdr-law.com |
| David L. Bury, Jr. | on behalf of Debtor Allison Belinda Burkett dbury@stoneandbaxter.com lchapman@stoneandbaxter.com;mwade@stoneandbaxter.com;tnorton@stoneandbaxter.com |
| Jason Wyman | on behalf of Creditor Truist Bank jason.wyman@wbd-us.com |
| Jenny Martin Walker - Ch 11 SubV | Trustee.JMW@adamshemingway.com GA72@ecfcbis.com |
| Landon A. Justice | on behalf of Creditor Robins Financial Credit Union fka Robins Federal Credit Union lajustice17@gmail.com |
| Matthew E. Mills | on behalf of U.S. Trustee U.S. Trustee - MAC matthew.e.mills@usdoj.gov |
| Robert G. Fenimore | on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov |
| Stephan Alan Ray | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation sray@mcdr-law.com, tlansman@mcdr-law.com |
| Tate Crymes | on behalf of Debtor Allison Belinda Burkett tcrymes@stoneandbaxter.com lchapman@stoneandbaxter.com;mwade@stoneandbaxter.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |

TOTAL: 11