# United States Bankruptcy Court

Middle District of Georgia

Date: 9/22/26

In re:

Allison Belinda Burkett
207 Twisted Laurel Lane
Bonaire, GA 31005
Debtor(s)

Case No. 26−51110−RMM

Chapter 11

Re: Reports and Summaries required by §704(a)(8) of the Bankruptcy Code and Rule 2015(a)(3)

To US Trustee:

The deadline for filing the report referenced above has passed, and the report has not been filed to date.

We are terminating the Court's follow−up deadline based upon this memo being sent to all parties of interest.

Thank you for your attention to this matter.

Sincerely,

Sandy Baxley

(478) 752−3506
Deputy Clerk
United States Bankruptcy Court