**SO ORDERED.**

**SIGNED this 1 day of October, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: | CHAPTER 11<br>Subchapter V |
| Allison Belinda Burkett | |
| DEBTOR(S) | CASE NO. 26-51110 RMM |

**ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; FIXING TIME FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN; AND FIXING TIME FOR HEARING ON CONFIRMATION OF PLAN**

The above-referenced debtor(s) having filed a Chapter 11 case stating that the debtor has elected to proceed under Subchapter V, and a Chapter 11 Plan of Reorganization having been filed on September 29, 2026, it is ORDERED:

Within ten days after entry of this order, the debtor(s) shall mail to creditors, equity security holders, and other parties in interest and shall transmit to the case trustee and the United States Trustee:

1. A copy of this Order.
2. The Plan filed by the debtor(s).
3. A Ballot conforming to Official Form 314 (02/20).

A Certificate of Service shall be filed with the Court upon completion of service.

A hearing on confirmation of the Plan will be held on November 18, 2026, at 10:30 A.M. in U. S. Bankruptcy Courtroom A, 433 Cherry Street, Macon, GA 31201.

November 12, 2026, is fixed as the last day for filing written acceptances or rejections of the Plan.

November 12, 2026, is fixed as the last day for filing and serving written objections to the confirmation of the Plan.

END OF DOCUMENT