**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

IN RE: :
:
ALLISON BELINDA BURKETT, :Chapter 11 Case No. 26-51110-RMM
:
Debtor. :
:

# CERTIFICATE OF SERVICE

This is to certify that I have on this date served copies of the following documents:

(1) *Subchapter V Plan of Reorganization of Debtor Allison Belinda Burkett* (Dkt. 53);

(2) *Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan* (Dkt. 56);

(3) *Cover Letter*; and

(4) *Ballot*

by depositing same in the United States Mail with proper postage affixed thereon to ensure delivery upon all parties listed on the attached matrix.

This 12th day of October, 2026.

STONE & BAXTER, LLP
By:

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
Counsel for Debtor

577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
dbury@stoneandbaxter.com

Label Matrix for local noticing
113G-5
Case 26-51110-RMM
Middle District of Georgia
Macon
Fri Oct 2 10:58:08 EDT 2026

Advanced Wound Care, LLC
550 W Baseline Rd
Suite 102-416
Mesa, AZ 85210-6031

BMW Bank of North America, c/o AIS Portfolio
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Robins Financial Credit Union fka Robins Fed
P.O. Box 6849
Warner Robins, GA 31095-6849

5
433 Cherry Street
P.O. Box 1957
Macon, GA 31202-1957

Advanced Wound Care LLC
a/k/a WoundGenex
550 W Baseline Rd. - Ste. 102-416
aka WoundGenex)
Mesa AZ 85210-6031

Advanced Wound Care, LLC, d/b/a WoundGenex
c/o Clinton Mikel, Esq.
32000 Northwestern Hwy, Suite 240
Farmington Hills, MI 48334-1569

American Express
P.O. Box 297871
Fort Lauderdale FL 33329-7871

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Vascular Associates
3001 Palm Harbor Blvd - Ste. A
Palm Harbor FL 34683-1930

Ameris Bank
575 Anton Blvd. FL 12
Costa Mesa CA 92626-7169

Ameris Bank, through its division Balboa Cap
In Care of (c/o) David A. Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road, Suite 100
Albany, Georgia 31707-1403

Ameris Bank, through its division Balboa Cap
In Care of (c/o) Stephan A. Ray
Moore, Clarke, DuVall & Rodgers P.C.
2829 Old Dawson Road, Suite 100
Albany, Georgia 31707-1403

BMW Bank of North America
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMW Bank of North America
P.O. Box 78066
Phoenix AZ 85062-8066

Balboa Capital Corporation
P.O. Box 844803
Los Angeles CA 90084-4803

Capital One Bank (USA), N.A.
P.O. Box 39213
Salt Lake City UT 84131

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

City of Warner Robins
P.O. Box 8659
Warner Robins GA 31095-8659

Cox Communications, Inc
P.O. Box 919367
Dallas TX 75391-9367

David A Garland
2829 Old Dawson Road
Post Office Drawer 71727
Albany, GA 31708-1727

Discover
P.O. Box 30939
Salt Lake City UT 84130-0939

Flint Electric Membership Corporation
P.O. Box 7089
Warner Robins GA 31095-7089

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Grand Vacations/HGV
5323 Millenia Lakes Blvd.
Orlando FL 32839-3392

Houston County Tax Commissioner
c/o Hon. Mark Kushinka, Tax Commissioner
202 Carl Vinson Parkway
Warner Robins GA 31088-5897

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Jason D. Wyman
550 South Main Street, Suite 400
Greenville, SC 29601-2541

Jason D. Wyman
Womble Bond Dickinson (US) LLP
550 South Main Street, Suite 400
Greenville, SC 29601-2541

MMP Capital Account Services
19 Engineers Lane
Farmingdale NY 11735-1207

Middle GA Vascular Surgery Center L.L.C.
1025 N. Houston Road
Warner Robins GA 31093-1505

NewLane Finance Company
123 S. Broad St. - 17th Floor
Philadelphia PA 19109-1032

North Mill Equipment Finance LLC
601 Merrit 7 - Ste. 5
Norwalk CT 06851-1097

North Mill Equipment Finance, LLC
c/o James W. Martin
2566 Shallowford Rd Ste 104-108
Atlanta GA 30345-1249

Office of U.S. Trustee
c/o Robert G. Fenimore
Trial Attorney
440 MLK Jr. Blvd Ste 302
Macon, GA 31201-7987

Philips Healthcare
P.O. Box 100355
Atlanta GA 30384-0355

Philips Medical Capital, LLC
1111 Old Eagle School Road
Wayne PA 19087-1453

ROBINS FINANCIAL CREDIT UNION
C/O LANDON A JUSTICE
843 POPLAR ST
MACON GA 31201-2055

(p)ROBINS FINANCIAL CREDIT UNION
P O BOX 6849
WARNER ROBINS GA 31095-6849

Reliant Capital Group
6 Executive Circle - Ste. 250
Irvine CA 92614-6732

Robert Zanders
110 Peach Blossom Road, Apt. 146
Bonaire, Georgia 31005-3951

(p)STEARNS BANK NATIONAL ASSOCIATION
ATTN LEGAL DEPARTMENT
4191 2ND STREET SOUTH
ST CLOUD MN 56301-3761

Stephen A Ray
2829 Old Dawson Road
Post Office Drawer 71727
Albany, GA 31708-1727

Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Truist Bank
Jason D. Wyman
550 South Main Street, Suite 400
Greenville, SC 29601-2541

Truist Bank
c/o Jason D. Wyman, Esq.
Womble Bond Dickinson (US) LLP
550 South Main Street, Suite 400
Greenville, SC 29601-2541

Truist Financial Corporation
P.O. Box 580050
Charlotte NC 28258-0050

Truist Financial Corporation
P.O. Box 791622
Baltimore MD 21279-1622

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

Victoria Mutual Building Society
Chief Office
8-10 Duke St.
Kingston, Jamaica, W.I.

Allison Belinda Burkett
207 Twisted Laurel Lane
Bonaire, GA 31005-4233

David L. Bury Jr.
Stone & Baxter, LLP
577 Third Street
Macon, GA 31201-8256

Jenny Martin Walker - Ch 11 SubV
Adams, Hemingway, Wilson & Rutledge, LLC
P.O. Box 1956
Macon, GA 31202-1956

Tate Crymes
Stone & Baxter, LLP
577 Third Street
Macon, GA 31201-8256

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century BLVD NE, Suite 9100
Atlanta GA 30345

ROBINS FINANCIAL CREDIT UNION
PO BOX 6849
WARNER ROBINS GA 31095

(d)Robins Financial Credit Union
803 Watson Blvd.
Warner Robins GA 31093

Stearns Bank N.A.
P.O. Box 750
Albany MN 56307-0750

(d)Stearns Bank National Association
c/o Bankruptcy Department
P.O. Box 750
Albany, MN 56307

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ameris Bank, through its division Balboa C

(u)North Mill Equipment Finance, LLC

(u)Truist Bank
Truist Bank

(d)BMW Bank of North America c/o AIS Portfoli
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)David L. Bury Jr.
Stone & Baxter, LLP
577 Third Street
Macon, GA 31201-8256

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 53 |
| Bypassed recipients | 5 |
| Total | 58 |