FILED
U.S. Bankruptcy Court
OCT 22 2026
Middle District of Georgia

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: ALLISON BELINDA BURKETT, Debtor. | Chapter 11 Case No. 26-51110-RMM |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Allison Belinda Burkett (the "**Debtor**") filed her Subchapter V Plan of Reorganization on September 29, 2026 (Dkt. 53) (the "**Plan**"). If you do not have a copy of the Plan, then you may obtain a copy from counsel for the Debtor, David L. Bury, Jr., Stone & Baxter, LLP, 577 Third Street, Macon, Georgia 31201, (478) 750-9898, (478) 750-9899 (fax); dbury@stoneandbaxter.com.

You should review the Plan and the letter enclosed with the Plan before you vote. You may wish to seek legal advice concerning the Plan and your proposed classification and treatment under the Plan. If you hold claims or equity interests in more than one class, then you may file a ballot for each class in which you are entitled to vote.

**If your Ballot is not received by the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, Middle District of Georgia, P.O. Box 1957, Macon, Georgia 31202 or via the Court's electronic case filing system ("CM/ECF") on or before November 12, 2026, and such deadline is not extended, your vote will not count as either an acceptance or a rejection of the Plan. A pre-paid envelope is enclosed for returning your Ballot. If the Plan is confirmed by the Court, the confirmed Plan will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class ___ claim against Debtor in the unpaid amount of $____________.

(The amount of your claim is not legally required; however, you may enter the amount if you desire to do so.)

**[Check one box only]**

☒ **ACCEPTS** DEBTORS' PLAN ☐ **REJECTS** DEBTORS' PLAN

**SIGN AND COMPLETE THE BLANKS BELOW—YOUR BALLOT MUST BE SIGNED TO BE COUNTED.**

Name: Robins Financial Credit Union Address: PO Box 6849 Warner Robins Ga 31095

**Signature:** [signature] Telephone No.: (478) 305-8676

Your title (if corporation or partnership): Attorney for RFCU Date: 10/19/2026

STONE & BAXTER, LLP
ATTORNEYS AT LAW
577 THIRD STREET
MACON, GEORGIA 31201-3356

RECEIVED
U.S. Bankruptcy Court
OCT 22 2026
Middle District of Georgia

$0.80 0
US POSTAGE IMI
FIRST-CLASS
063S0001278095
FROM 31201
B39444.08

Clerk, U. S. Bankruptcy Court
Middle District of Georgia
PO Box 1957
Macon, GA 31202

3120231957 B020