# United States Bankruptcy Court

Middle District of Georgia

Date: 10/21/26

In re:

Allison Belinda Burkett
207 Twisted Laurel Lane
Bonaire, GA 31005
Debtor(s)

Case No. 26−51110−RMM

Chapter 11

Re: Reports and Summaries required by §704(a)(8) of the Bankruptcy Code and Rule 2015(a)(3)

To US Trustee:

The deadline for filing the report referenced above has passed, and the report has not been filed to date.

We are terminating the Court's follow−up deadline based upon this memo being sent to all parties of interest.

Thank you for your attention to this matter.

Sincerely,

Sandy Baxley

(478) 752−3506
Deputy Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| In re: | Case No. 26-51110-RMM |
| Allison Belinda Burkett | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113G-5 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 26, 2026 | Form ID: odipty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allison Belinda Burkett, 207 Twisted Laurel Lane, Bonaire, GA 31005-4233 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clinton R. Mikel | on behalf of Creditor Advanced Wound Care LLC cmikel@thehlp.com |
| David A. Garland | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation dgarland@mcdr-law.com, tlansman@mcdr-law.com |
| David L. Bury, Jr. | on behalf of Debtor Allison Belinda Burkett dbury@stoneandbaxter.com lchapman@stoneandbaxter.com;mwade@stoneandbaxter.com;tnorton@stoneandbaxter.com |
| James W. Martin | on behalf of Creditor North Mill Equipment Finance LLC james@hpmlawatl.com |
| Jason Wyman | on behalf of Creditor Truist Bank jason.wyman@wbd-us.com |

| | |
|---|---|
| Jenny Martin Walker - Ch 11 SubV | Trustee.JMW@adamshemingway.com GA72@ecfcbis.com |
| Landon A. Justice | on behalf of Creditor Robins Financial Credit Union fka Robins Federal Credit Union lajustice17@gmail.com |
| Matthew E. Mills | on behalf of U.S. Trustee U.S. Trustee - MAC matthew.e.mills@usdoj.gov |
| Robert G. Fenimore | on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov |
| Stephan Alan Ray | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation sray@mcdr-law.com, tlansman@mcdr-law.com |
| Tate Crymes | on behalf of Debtor Allison Belinda Burkett tcrymes@stoneandbaxter.com lchapman@stoneandbaxter.com;mwade@stoneandbaxter.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |

TOTAL: 12